AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

WILLIE JAMES WILLIAMSON,

Plaintiff,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV623-67

v.

WARDEN D. BEASLEY; DEPUTY WARDEN S. SHEFFIELD; MR. BIRCHFIELD,

Defendants,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated February 14, 2024, the Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Therefore, the Court dismisses Plaintiff's complaint wihtout prejudice and closes this civil action. Plaintiff is denied leave to proceed in forma pauperis on appeal.

February 14, 2024
Date

John E. Triplett, Clerk of Court
Clerk

(By) Deputy Clerk

GAS Rev 10/2020